# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
General Atomics Aeronautical Systems, Inc. ) ASBCA Nos. 60002, 60003
)
Under Contract No. DAAH01-03-C-0124 *et al.* )

APPEARANCES FOR THE APPELLANT:

Karen L. Manos, Esq.
Justin P. Accomando, Esq.
  Gibson, Dunn & Crutcher LLP
  Washington, DC

Alex D. Tomaszczuk, Esq.
  Pillsbury, Winthrop, Shaw, Pittman, LLP
  Los Angeles, CA

APPEARANCES FOR THE GOVERNMENT:

E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney
Carol L. Matsunaga, Esq.
Srikanti Schaffner, Esq.
  Trial Attorneys
  Defense Contract Management Agency
  Carson, CA

## ORDER OF DISMISSAL

The appeals have been settled. Pursuant to the parties' joint request, the appeals are dismissed from the Board's docket with prejudice.

Dated: 24 March 2017

DIANA S. DICKINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60002, 60003, Appeals of General Atomics Aeronautical Systems, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2